

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street - Suite 1100*
*White Plains, NY 10606*

October 14, 2024

**By Email**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:   *United States v. Mayerly Baquerizo*, 24 Mag. 3575

Dear Judge Reznik,

    In light of the arrest and presentment of the defendants in the above-titled matter on October 10, 2024, the Government respectfully requests that the complaint be unsealed.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kaiya Arroyo
Assistant United States Attorney
(212) 637-2226

Unsealing granted.

SO ORDERED.
*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
10/15/24