Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 48).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

ECF
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***United States v. Mayerly Baquerizo*, 24 Mag. 3575**

Dear Judge Halpern,

The Government respectfully writes to request an exclusion of time pursuant to the Speedy Trial Act in the above-captioned matter. On or about October 9, 2024, Mayerly Baquerizo, the defendant, was charged by complaint with one count of Receipt and Distribution of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1), and one count of Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2). In or about August 2026, the parties reached a pretrial disposition, and the matter was assigned to this Court. A change of plea hearing has been scheduled for October 7, 2026, at 2:30 p.m.

At the hearing, the Government intends to move for post-plea detention and understands that the defendant will oppose the motion. Pursuant to conversations with chambers, the Government will submit a letter in support of its position on September 11, 2026, and the defense will respond on September 18, 2026. Accordingly, the Government submits that an exclusion of time is necessary to allow the parties to prepare and submit briefing and for the Court to consider the motion. The Government also submits that the interests of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A). Defense counsel does not oppose this request.

Very truly yours,

JAMES M. MCDONALD
United States Attorney

By: Kaiya Arroyo
Kaiya Arroyo
Assistant United States Attorney
(212) 637-2226

Cc: Matthew Galluzzo, Esq.
*Counsel for the defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - : ORDER

MAYERLY BAQUERIZO, : 24 Mag. 3575

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by and through James M. McDonald, United States Attorney, Kaiya Arroyo, of counsel, and with the consent of MAYERLY BAQUERIZO, by and through Matthew Galluzzo, esq., it is hereby ORDERED that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties sufficient time to prepare and submit motions in advance of the change of plea hearing, currently scheduled for October 7, 2026. Accordingly, it is further ORDERED that the time between September 1, 2026, and October 7, 2026, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: White Plains, New York
September ______, 2026

______________________________
PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE